# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| EMPLOYEE PAINTERS' TRUST, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> C&C FLOORING, INC.,, *et al.*, <br><br> Defendants. | Case No.:  2:14-CV-00204-RCJ-PAL <br><br><br> **ORDER** |

IT IS HEREBY ORDERED that a Status Conference is set for 9:00 A.M., Thursday, January 26, 2017, in LAS VEGAS Courtroom 4B, before Judge Robert C. Jones.

IT IS FURTHER ORDERED the parties shall jointly file a Status Report with the Court on or before 5:00 P.M., Tuesday, January 17, 2017.

IT IS FURTHER ORDERED that out-of-state counsel who request telephonic appearances shall file a Request to Appear Telephonically with the Court on or before 5:00 P.M., Tuesday, January 17, 2017.

IT IS SO ORDERED this 5th day of January, 2017.

_____
ROBERT C. JONES
District Judge